UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:26-cr-134-SPC-KRH

CALIXTO JACOBO JACOBO

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Moton for Preliminary Order of Forfeiture. (Doc. 39). Now that the Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in the following assets:

a) a DPMS Panther Arms firearm (S/N FFK039575);

b) a Glock firearm (S/N AUR618US);

c) a Savage Arms firearm (S/N J918523);

d) a German Sports Guns firearm (S/N A812790);

e) a Savage Arms firearm (S/N 2343552);

f) assorted ammunition;

g) three counterfeit Social Security cards; and

h) two counterfeit Permanent Resident Cards.

*See* 18 U.S.C. § 924(d), 18 U.S.C. § 982(a)(6), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is hereby:

**ORDERED**:

The Unites States' Motion for Preliminary Order of Forfeiture (Doc. 39) is **GRANTED**.

1. The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 18 U.S.C. § 982(a)(6), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at Sentencing.

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE and ORDERED** in Fort Myers, Florida on July 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Blain A. Goff, AUSA
Counsel of Record